**Exhibit A to the Complaint**

**Location:** Placentia, CA    **IP Address:** 76.95.10.236
**Total Works Infringed:** 39    **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 70EA4507606918AE97CFB4C96B9F691455823620 | Tushy | 11/27/2018 03:21:05 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 2 | 050511E544A94851EDE7195D2AEE4D38A1102E4D | Tushy | 07/18/2018 06:07:03 | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 3 | 0D5FB0229BB896030F25C3B8B468E2B54000B9E1 | Vixen | 11/27/2018 03:28:08 | 11/25/2018 | 12/31/2018 | 17271449713 |
| 4 | 1A0F07BAD456903D407DAC5CBAC883BAF4A65747 | Tushy | 08/10/2018 02:13:46 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 5 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/21/2018 01:59:49 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 6 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 09/19/2018 00:06:58 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 7 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | Vixen | 06/06/2018 07:20:38 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 8 | 31D75A286A3A6B30B5554209AAFF9B1AA5C936F1 | Vixen | 08/25/2018 02:17:02 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 9 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | Tushy | 05/25/2018 20:18:56 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 10 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | Vixen | 05/30/2018 01:46:22 | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 11 | 3A8F5DDE96360B6473920F8C1F87FFE982D094FD | Vixen | 10/22/2018 04:39:49 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 12 | 400E090F4802B871662C556A82ABFC945392215F | Blacked | 08/04/2018 08:28:28 | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 13 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 05/30/2018 01:15:08 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 14 | 7187921EA9FCD6A45613346F742B048B53088923 | Tushy | 09/30/2018 01:51:16 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 15 | 729F4F046005EFDCD2954C73FC9786EA9522F034 | Blacked | 07/26/2018 06:10:00 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 16 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | Tushy | 05/25/2018 20:18:47 | 05/21/2018 | 07/14/2018 | PA0002131769 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 832675DAB93182B2C5E5DA5110D4E3E0660CD182 | Vixen | 10/29/2018 03:32:12 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 18 | 85D5FBF147E9471F935771CE52471E3036270454 | Tushy | 05/31/2018 00:02:34 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 19 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/30/2018 02:08:23 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 20 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | Blacked | 09/30/2018 00:10:04 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 21 | 9E23D180CE13A745D888960C51567F094143E3F7 | Tushy | 05/31/2018 00:06:58 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 22 | A93D128460BD58723BF227F061B37EDBF17079EE | Vixen | 08/25/2018 02:23:32 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 23 | AC65D9C21E7A5C6A89BD4FB50853C1DCC1F31144 | Vixen | 05/30/2018 00:34:27 | 02/23/2018 | 03/01/2018 | PA0002079181 |
| 24 | B2F1BFF0ABF8377051DA49DB02B26390000F08B1 | Tushy | 11/27/2018 01:39:07 | 11/21/2018 | 12/31/2018 | 17271449573 |
| 25 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 09/30/2018 20:13:42 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 26 | B78AB6CCC9DD4B70558754E802F6BAC4B2E097F0 | Tushy | 10/29/2018 03:20:05 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 27 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | Tushy | 06/16/2018 04:30:35 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 28 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | Blacked | 11/17/2018 04:54:54 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 29 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 08/25/2018 02:35:53 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 30 | D26115D8966BF3A672651C119BBE178A9C1A7D82 | Tushy | 07/28/2018 01:05:01 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 31 | D6878980EBEF9ABB95721ADAAC0748B4EB3CA7D7 | Tushy | 07/30/2018 03:24:07 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 32 | E07877B71CF19666B48388AB9C202988860AC477 | Tushy | 05/31/2018 01:15:40 | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 33 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 05/31/2018 01:02:51 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 34 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 05/30/2018 01:31:48 | 11/20/2017 | 01/04/2018 | PA0002069354 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | EC033492E93572F9A38F165C56FC88DDD20FCFE0 | Tushy | 05/30/2018 01:23:08 | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 36 | EF2EAC4726A1D3E00AEED333D69582FB39066114 | Vixen | 09/12/2018 21:58:31 | 04/29/2017 | 06/15/2017 | PA0002037568 |
| 37 | F29F8BFA625303010336ADE093A1C92C6B77DB05 | Vixen | 07/30/2018 02:07:18 | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 38 | F968B8F2FF6553844973217A1AEA0168A29B1092 | Vixen | 05/30/2018 01:39:56 | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 39 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | Vixen | 08/18/2018 02:23:36 | 08/07/2018 | 09/05/2018 | PA0002135684 |